David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Shawn Eldridge (SBN 276581)
EldridgeS@cmtlaw.com
**CARLSON & MESSER, LLP**
5959 West Century Boulevard, Suite 1214
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
HEALTH SERVICES ASSET MANAGEMENT
Erroneously sued and served as
HEALTH SERVICES ASSET MANAGEMENT, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTHA PULIDO,<br>Plaintiff,<br>vs.<br>HEALTH SERVICES ASSET MANAGEMENT, LLC<br>Defendant. | CASE NO.:<br><br>**NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446(a), Defendant HEALTH SERVICES ASSET MANAGEMENT, erroneously sued and served as HEALTH SERVICES ASSET MANAGEMENT, LLC ("Defendant") hereby removes to this Court the civil action described below, as it involves a federal question.

1. On September 28, 2016, Plaintiff MARTHA PULIDO ("Plaintiff") filed a civil action in the Los Angeles County Superior Court, entitled *Martha Pulido v. Health Services Asset Management, LLC*, Case No. MC026639. A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit 1.

2. Plaintiff's Complaint was served on Defendant by process server on October 28, 2016.

3. Therefore this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) within the 30-day removal period.

4. There are no other Defendants named in Plaintiff's Complaint.

5. This action involves a federal question in that it arises under the Fair Debt Collection Practices Act (15 U.S.C. § 1692, et seq.). It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a). In this regard, Plaintiff alleges in the Complaint that Defendant engaged false and misleading debt collection activities; these behaviors are governed by Fair Debt Collection Practices Act. (See Exhibit 1.)

6. Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7. Plaintiff's Complaint includes a demand for a jury trial.

8. Defendant will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.

**CARLSON & MESSER, LLP**

DATED: November 23, 2016 By: s/ Shawn Eldridge

David J. Kaminski
Shawn Eldridge
Attorneys for Defendant,
HEALTH SERVICES ASSET MANAGEMENT
Erroneously sued and served as
HEALTH SERVICES ASSET MANAGEMENT, LLC