NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
David J. Kaminksi (SBN 128509) KaminksiD@cmtlaw.com
Shawn S. Eldridge (SBN 276581) EldridgeS@cmtlaw.com
CARLSON & MESSER, LLP
5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Tel: (310) 242-2200
Facsimile (310) 242-2222

ATTORNEY(S) FOR: Health Services Asset Management

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martha Pulido<br>Plaintiff(s),<br>v.<br>Health Services Asset Management, LLC<br>Defendant(s) | CASE NUMBER:<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Health Services Asset Management or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Martha Pulido | Plaintiff |
| Health Services Asset Management | Defendant |

November 23, 2016
Date

/s/ Shawn S. Eldridge
Signature

Attorney of record for (or name of party appearing in pro per):

Health Services Asset Management